

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00081-CR

---

CASSIDY LYNN LAHMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 29944

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Cassidy Lynn Lahman, has filed a motion to dismiss this appeal. The motion was signed by both Lahman and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), the Court grants Lahman's motion. *See id.*

Accordingly, we dismiss this appeal.


Jeff Rambin
Justice

Date Submitted: December 10, 2025
Date Decided: May 8, 2026

Do Not Publish